**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| **Anthony Dickerson,** | ) | **Case No.: 9:25-cv-13347-DCN** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Experian Information Solutions, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, Anthony Dickerson, and the Defendant, Experian Information Solutions, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and hereby stipulate that the above-captioned civil action has been resolved and is due to be dismissed in its entirety with prejudice, each party to bear its own costs.

Respectfully submitted on this 16th day of June, 2026.

*/s/ Penny Hays Cauley*
Penny Hays Cauley, Fed. ID No. 10323
**HAYS CAULEY, P.C.**
1303 West Evans Street
Florence, SC 29501
(843) 665-1717
phc917@hayscauley.com
Attorney for Plaintiff

*/s/ Lyndey R.Z. Bryant*
Lyndey R. Z. Bryant, Fed ID No. 11506
**ADAMS AND REESE, LLP**
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 212-4958
lyndey.bryant@arlaw.com
Attorney for Defendant